# EXHIBIT A

# EXHIBIT A

**Lewis Roca Rothgerber LLP**
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595

Steven J. Hulsman (State Bar No. 010929)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
E-mail:    shulsman@lrrlaw.com
Melanie V. Pate (State Bar No. 017424)
Direct Dial: 602.262.5318
Direct Fax: 602.734.3785
E-mail:    mpate@lrrlaw.com
Laura Pasqualone (State Bar No. 028360)
Direct Dial: 602.262.5362
Direct Fax: 602.734.3778
E-mail:    lpasqualone@lrrlaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JASON TOLIS, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>AM FAM, INC. dba AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | No. _____<br><br>**DECLARATION SUPPORTING NOTICE OF REMOVAL** |

Ann Wenzel states as follows:

1.   I am the Assistant Secretary of American Family Mutual Insurance Company ("American Family"). I make this declaration based on my personal knowledge and in support of the removal of this action, *Jason Tolis vs. Am Fam, Inc. dba American Family Mutual Insurance Company*, Arizona Superior Court, Pima County, C20141839. If called upon to do so, I could and would personally and competently testify to the following facts.

2.   Defendant AmFam, Inc. was at the time of the filing of the above-captioned lawsuit, and still is, a corporation established under the laws of the State of Wisconsin.

3. AmFam, Inc.'s headquarters and principal place of business are located in Madison, Wisconsin, from which the company's directors and officers direct, control and coordinate AmFam Inc.'s business activities.

4. AmFam, Inc. does not do business as American Family Mutual Insurance Company. AmFam, Inc. is a separate holding company for American Family, and does not have any employees of its own.

5. American Family was at the time of the filing of the above-captioned lawsuit, and still is, a corporation established under the laws of the State of Wisconsin.

6. American Family's headquarters and principal place of business are located in Madison, Wisconsin, from which the company's executives, directors and officers direct, control and coordinate American Family's business activities.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of May, 2014.

_____
Ann Wenzel