# EXHIBIT D

# EXHIBIT D

**Lewis Roca Rothgerber LLP**
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595

Steven J. Hulsman (State Bar No. 010929)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
E-mail:     shulsman@lrrlaw.com
Melanie V. Pate (State Bar No. 017424)
Direct Dial: 602.262.5318
Direct Fax: 602.734.3785
E-mail:     mpate@lrrlaw.com
Laura Pasqualone (State Bar No. 028360)
Direct Dial: 602.262.5362
Direct Fax: 602.734.3778
E-mail:     lpasqualone@lrrlaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JASON TOLIS, a single man,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>AM FAM, INC. dba AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,<br><br>　　　　　　　　Defendant. | No. _____<br><br>**DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

Melanie V. Pate, upon her oath, states as follows:

1. I am a partner in the law firm of Lewis Roca Rothgerber LLP and am one of the attorneys for Defendant American Family Mutual Insurance Company ("American Family") in this matter.

2. On May 5, 2014, paralegal Michell Denman, of my office and under my supervision, reviewed and printed the Superior Court docket.

3. Exhibit D consists of true and complete copies of all pleadings and other documents served on American Family or filed in the state court proceeding *Jason Tolis vs. Am Fam, Inc. dba American Family Mutual Insurance Company*, Arizona Superior Court, Pima County, C20141839.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of May, 2014.

_____
Melanie V. Pate

Person/Attorney Filing: Thom K Cope
Mailing Address: 259 N. Meyer
City, State, Zip Code: Tucson, AZ 85701
Phone Number: (520) 624-8886 X103
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025178, Issuing State: AZ
Attorney E-Mail Address: tcope@mcrazlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Jason Tolis
Plaintiff(s),

V.

AMFAM, INC., DBA American Family Mutual Insurance Company
Defendant(s).

Case No. C20141839

**SUMMONS**

HON. GUS ARAGON

To: AMFAM, INC., DBA American Family Mutual Insurance Company

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.   A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been served on you with this Summons.

2.   If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office of the Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.   If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima                                  April 01, 2014

*Toni L. Hellon*
Clerk of the Superior Court
By: *Alan Walker*
         Deputy Clerk

AZturboCourt.gov Form Set #1097430

02/18/2010 CAC

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
4/1/2014 4:49:20 PM
BY: ALAN WALKER
DEPUTY

Case No. C20141839
HON. GUS ARAGON

MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: tcope@mcrazlaw.com

By: Thom K. Cope 025178
90150-1/crh
Attorneys for Plaintiff

## ARIZONA SUPERIOR COURT

## PIMA COUNTY

| | |
|---|---|
| JASON TOLIS, a single man, <br><br> Plaintiff, <br><br> -vs.- <br><br> AMFAM, INC. dba AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, <br><br> Defendant. | No. <br><br> **VERIFIED COMPLAINT AND REQUEST FOR JURY TRIAL** <br><br> **(Wrongful Termination; Whistleblower)** |

Plaintiff, for his claims for relief, alleges as follows:

1. Plaintiff Jason Tolis ("Tolis") is a single man, and a resident of Tucson, Pima County, Arizona.

2. Defendant AMFAM, INC. ("AMFAM") is a Wisconsin corporation authorized to do business in Arizona by the Arizona Corporation Commission and in good standing.

3. All events giving rise to this action occurred in Pima County, Arizona such that jurisdiction and venue are proper.

4. Tolis was employed as an insurance agent in training for AMFAM.

**GENERAL ALLEGATIONS**

5. Tolis was hired by Defendant on July 31, 2012.

6. In December, 2012, Tolis became aware that District Manager Joel Helixon, a management level AMFAM employee was encouraging test participants to cheat on Arizona Insurance LUTCF licensing exams and falsify state insurance department affidavits. Tolis reported the misconduct and illegal activity to Donna Kleven his office manager. He also reported it to Gordon Purvis, his supervisory agent in charge of the office in which he worked. Gordon Purvis had the authority to begin an investigation and was the proper AMFAM official to report this incident. On information and belief, AMFAM terminated Joel Helixon after the complaints were filed by Tolis.

7. Sometime in early May, 2013, Tolis filed a formal complaint about the illegal activity to AMFAM Human Resources Department, specifically Ken Licht by phone and later that month in writing.

8. In late May 2013, Tolis became aware that another event of organized cheating took place and he filed additional complaints in writing about that cheating and affidavit falsification to AMFAM Human Resources Department, again Ken Licht.

9. On June 6, 2013, Tolis filed a written complaint about the illegal activity to Gary Schraufnagel, AMFAM's State Director for Arizona and in the same time frame supplied complaints to the AMFAM ethics hotline.

10. Tolis informed The American College of Financial Services the administering organization for the tests about the cheating in late May or early June, 2103. On August 6, 2013, the College invalidated the results of the exams proctored by the AMFAM manager.

11. Further within that same time frame, Tolis filed complaints against AMFAM with the Arizona Department of Insurance and informed management personnel, specifically Ken Licht and mentioned that also in his ethics hotline complaint that he had done so. Further, Tolis told AMFAM supervising agent, Ian Prentice that he had filed complaints with the Arizona Department of Insurance.

12. As a result of these complaints of illegal activity, Tolis was subjected to harassment which included but was not limited to: lowered performance evaluations, sabotaging his sales, unreasonably elevating his sales goals, relocating him to a lower ranked agency, and ultimately terminating him from AMFAM on August 19, 2013, by AMFAM Vice President, Carolyn Gilb. Further retaliation occurred when AMFAM executives instructed Gordon Purvis, Tolis' supervising agentas to file an injunction against harassment against Tolis, which he did. The Injunction was quashed December 30, 2013.

## COUNT I

### Violation of Arizona's Employment Protection Act, A.R.S. § 23-1501

13. Plaintiff incorporates each of the preceding paragraphs as if fully stated herein.

14. Tolis informed his employer, through his supervisors, and the AMFAM Ethics Line, that AMFAM management had violated Arizona statutes by allowing cheating on a state insurance licensing exam in direct violation of A.R.S. 20-285 (A), (B)(2), et seq.

15. Tolis engaged in whistle blowing activity by disclosing his reasonable belief that members of AMFAM had violated Arizona's Insurance statutes and that he had filed complaints with the Arizona Department of Insurance; his disclosure was made in a reasonable manner to his supervisors, the AMFAM Ethics Line, and to AMFAM representatives of his employer who Tolis reasonably believed were in a supervisory position with authority to investigate the information he provided, and to take action to prevent further violations of the Insurance Statutes.

16. AMFAM violated Arizona's Employment Protection Act by terminating Tolis in retaliation for his whistle blowing activity, did so intentionally and with an evil hand and evil mind so as to make punitive damages applicable.

17. Tolis is entitled to compensatory damages for this violation, including damages for emotional distress, damage to reputation, and punitive damages.

3

18. Tolis is entitled to his reasonable attorney's fees under A.R.S. §12-341.01 because the action arises out of contract.

## COUNT II

### Violation of Arizona's Whistleblower Statute, A.R.S. § 38-532

19. Plaintiff incorporates each of the preceding paragraphs as if fully stated herein.

20. Plaintiff participated in whistle blowing activity when he disclosed AMFAM's violations of the Insurance Statutes to the Arizona Department of Insurance, a matter of public concern to a public body, which Tolis reasonably believed evidences a violation of any law or abuse of authority.

21. AMFAM violated Arizona's Whistleblower Statute by terminating Tolis in retaliation for his whistle blowing activity, and did so with an evil hand, and evil mind so as to make punitive damages applicable.

22. Tolis is entitled to recover attorney fees, costs, back pay, front pay, general damages, special damages and punitive.

WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory and punitive damages in an amount to be determined at jury trial herein that will justly and reasonably compensate him for the injuries and damages he has sustained, and to punish Defendant for its action, for costs incurred, and reasonable attorney's fees.

Dated April _1_, 2014.

MESCH, CLARK & ROTHSCHILD, P.C.

By: _____
Thom K. Cope
Attorneys for Plaintiff

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

VERIFICATION

I, Jason Tolis, do hereby declare the above complaint is true and correct to the best of my knowledge.

_____
Jason Tolis

20W6553.docx

5

 

## Pima County Clerk of Superior Court
### Tucson, Arizona

|  |  |  |  |
|---|---|---|---|
|  |  | Receipt Number: | 2291525 |
| Received for: | Mesch Clark | Date: | 4/2/2014 |
| Received from: | Mesch Clark | Case Number: | C20141839 |
| Amount Received: | $229.00 | Clerk Number: | 1.738 |

Caption:   JASON TOLIS VS. AMFAM, INC.

Cash: $0.00      Check: $0.00      Charge: $0.00      ACH: $229.00

*Begin Financial Docket*

Civil Complaint                                       $229.00    PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

Page 1 of 1

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
4/14/2014 10:32:05 AM
BY: ALAN WALKER
            DEPUTY

**Lewis Roca Rothgerber LLP**
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595

Steven J. Hulsman, State Bar No. 010929
Direct Dial: (602) 262-5313
Direct Fax: (602) 734-3769
E-mail: shulsman@lrrlaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: 602.262.5318
Direct Fax: 602.734.3785
E-mail: mpate@lrrlaw.com

Laura M. Pasqualone, State Bar No. 028360
Direct Dial: 602 262.5362
Direct Fax: 602 734.3778
E-mail: lpasqualone@lrrlaw.com

Attorneys for Defendant
American Family Mutual Insurance Company

## SUPERIOR COURT OF ARIZONA

## COUNTY OF PIMA

| | |
|---|---|
| JASON TOLIS, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>AMFAM, INC. dba AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | No. C20141839<br><br>**ACCEPTANCE OF SERVICE**<br><br>(Assigned to The Honorable Gus Aragon) |

Melanie V. Pate of Lewis Roca Rothgerber L.L.P., having been retained as defense counsel in the above-entitled action, does hereby accept service of process, and acknowledges receipt of the Summons and a copy of the Complaint, as though the same had been served on this date pursuant to the Arizona Rules of Civil Procedure.

4442962_1

DATED this 14th day of April, 2014.

                                   LEWIS ROCA ROTHGERBER LLP


                            By: */s/ Melanie V. Pate*
                                Steven J. Hulsman
                                Melanie V. Pate
                                Laura M. Pasqualone
                               Attorneys for Defendant
                               American Family Mutual Insurance Company

E-filed and copy of the foregoing mailed and e-mailed this 14th day of April, 2014, to:

Thom K. Cope
Mesch, Clark & Rothschild, P.C.
259 North Meyer Avenue
Tucson, AZ  85701
tcope@mcrazlaw.com Attorneys for Plaintiff

*/s/ Susan J. Durkee*

4442962_1

2

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
4/1/2014 4:49:20 PM
BY: ALAN WALKER
     DEPUTY

Person/Attorney Filing: Thom K Cope
Mailing Address: 259 N. Meyer
City, State, Zip Code: Tucson, AZ 85701
Phone Number: (520) 624-8886 X103
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025178, Issuing State: AZ
Attorney E-Mail Address: tcope@mcrazlaw.com

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Case No. C20141839

.
Jason Tolis
Plaintiff(s),

V.

AMFAM, INC., DBA American Family Mutual Insurance Company
Defendant(s).

Certificate
Compulsory Arbitration

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Pima County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this *April 01, 2014*

BY: *Thom K Cope /s/*
Plaintiff/Attorney for Plaintiff