UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Tolis, a single man,<br><br>                         Plaintiff,<br><br>     vs.<br><br>American Family Mutual Insurance Company, a Wisconsin corporation,<br><br>                         Defendant. | No. 4:14-cv-02086-CKJ<br><br>**ORDER OF DISMISSAL**<br><br>(Assigned to the Hon. Cindy K. Jorgenson) |

Pursuant to stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each party will bear their own attorneys' fees and costs.

Dated this 10th day of June, 2015.

_____
Cindy K. Jorgenson
United States District Judge

5938102_1